Pia J. North, Esq. #29672
North & Associates, P.C.
5913 Harbour Park Drive
Midlothian, VA 23112
Tel: (804) 739-3700
Fax:  739-2550

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA
Richmond Division

IN RE:  Jon S. Russell, Debtor(s)              Case No. : 09-34426
                                               Robert E. Hyman, Trustee
                                               Chapter 13

**DEBTOR'S MOTION TO VACATE DISMISSAL**

Comes Now, Debtor, Jon S. Russell, by Counsel, Pia J. North, Esq. to move this Court for an order vacating the Order of Dismissal entered by the Court on or about June 18, 2013. In support of this Motion, the debtor states the following:

1. The debtor filed for relief under Chapter 13 on July 10, 2009.

2. Robert E. Hyman served as the Chapter 13 Trustee in this matter.

3. This matter was dismissed upon the Chapter 13 Trustee's Motion to Dismiss for failure to make payments as required under the Plan filed on August 29, 2011. The Plan was confirmed on October 17, 2011

4. The Trustee's Motion to Dismiss was heard on June 12, 2013. The Trustee had not received payments in this matter and the Debtor's case was dismissed on June 13, 2013.

5. The Debtor contacted his attorney and advised that he had mailed the Trustee $700.00 on June 12, 2013 to settle the Motion to Dismiss.

6. The Debtor filed an amended/modified plan on June 8, 2013.

7. The Debtor's case is current as of today.

8. Wherefore the Debtor, Jon S. Russell respectfully requests that this Court vacate its Order of Dismissal and reinstate her Chapter 13 case in order to obtain his discharge.


                                    Respectfully submitted:
                                    Jon S. Russell

                            By:     /s/ Pia J. North
                                    Counsel

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA
Richmond Division

IN RE:  Jon S. Russell, Debtor(s)                                      Case No. : 09-34426
                                                                       Robert E. Hyman, Trustee
                                                                       Chapter 13

    Pia J. North, attorney for Jon S. Russell has filed a Motion to Vacate Dismissal of her Chapter 13 Bankruptcy with the court.

**<u>Your rights may be affected</u>**.  **You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case.  (If you do not have an attorney, you may wish to consult one.)**

If you do not want the court to grant the relief sought in the motion, or if you want the court to consider your views on the motion, then on or before 14 days from June 18, 2013, you or your attorney must:

- **x**  File with the court, at the address shown below, a written request for a hearing [or a written response pursuant to Local Bankruptcy Rule 9013-1(H)].  If you mail your request for hearing (or response) to the court for filing, you must mail it early enough so the court will **receive** it on or before the date stated above.

    Clerk of Court
    United States Bankruptcy Court 701 E. Broad
    Street, Suite 4000
    Richmond, VA  23219-3515 You must also mail

| Attorney for Debtor | Chapter 13 Trustee |
|---|---|
| Pia J. North, Esq. #29672 | Robert E. Hyman |
| North & Associates, P.C. | P.O. Box 1780 |
| 5913 Harbour Park Drive | Richmond, VA 23218-1780 |
| Midlothian, VA 23112 | |

.

- **X**  Attend the hearing on the motion scheduled to be held on <u>July 9, 2013</u> at <u>10:30am</u>. at United Bankruptcy Court, 701 E. Broad Street, Suite 5000, Richmond, VA  23219-3515.

If you or your attorney do not take these steps, the court may decide that you do not oppose the relief sought in the motion or objection and may enter an order granting that relief.

    Respectfully submitted:

                                  Jon S. Russell
                         By:   /s/ Pia J. North
                                 Counsel

Certificate of Service

    I hereby certify that I have on March 1, 2013, transmitted a true copy of the foregoing Notice and Motion for Mortgage Loan Modification After Confirmation electronically through the Court's CM/ECF system or by first class mail, postage pre-paid to:  the Debtor, Chapter 13 trustee, the United States trustee if other than by the electronic means provided for at Local Bankruptcy Rule 2002-1(d)(3), and to all creditors and parties in interest on the mailing matrix maintained by the clerk of court, a copy of which is attached.
                                 By:   /s/ Pia J. North
                                     Counsel

| | | |
|---|---|---|
| North & Associates, PC<br>Pia J. North<br>5913 Harbour Park Drive<br>Midlothian, VA 23112 | American Gen Fin Serv REG AGEN<br>Corporation Service Company<br>P.O. Box 1463<br>Richmond, VA 23218 | American General Finan<br>9925 Hull Street Road<br>Richmond, VA 23235 |
| Banfield, the Pet Hospital<br>c/o Wellness plan<br>PO Box 13998<br>Portland, OR 97213 | Bass & Associates<br>2970 Peachtree Road, N.W.<br>Suite 622<br>Atlanta, GA 30305 | Best Buy Co., Inc. Reg Agent<br>CT Corporation System<br>4701 Cox Road; Suite 301<br>Glen Allen, VA 23060-6802 |
| Capital 1 Bank<br>Attn: C/O TSYS Debt Management<br>Po Box 5155<br>Norcross, GA 30091 | Cbe Group<br>131 Towe Park Dr; Suite 1<br>Waterloo, IA 50702 | Cds/collection Agency<br>c/o Escallate, LLC<br>Po Box 714017<br>Columbus, OH 43271 |
| Chase Manhattan<br>Bankruptcy Research Dept<br>3415 Vision Dr<br>Columbus, OH 43219 | Chase ManhattanAutoFin Corp RA<br>CT Corporation<br>4701 Cox Rd; Ste 301<br>Glen Allen, VA 23060-6802 | Chesterfield County - Taxes<br>Richard A. Cordle, Treasurer<br>Post Office Box 26585<br>Richmond, VA 23285-0088 |
| Child Support Services<br>1387 Industrial Blvd. N<br>Suite 102<br>Richmond, VA 23236-2285 | Chippenham Emergency Room<br>P. O. Box 13343<br>Richmond, VA 23225 | Citibank Usa<br>Attn.: Centralized Bankruptcy<br>Po Box 20507<br>Kansas City, MO 64195 |
| Commonwealth of VA-Tax<br>P.O. Box 2156<br>Richmond, VA 23218-2156 | Credit First<br>Po Box 818011<br>Cleveland, OH 44181 | Direct TV<br>Post Office Box 830032<br>Baltimore, MD 21283-0032 |
| Exxmblciti<br>Attn.: Centralized Bankruptcy<br>Po Box 20507<br>Kansas City, MO 64195 | Gemb/jcp<br>Attention: Bankruptcy<br>Po Box 103106<br>Roswell, GA 30076 | Hsbc Best Buy<br>Attn: Bankruptcy<br>Po Box 6985<br>Bridge Water, NJ 08807 |
| HSBC Bnk USANatl Asc Rep RegAg<br>CT Corporation<br>4701 Cox Road; Ste 301<br>Glen Allen, VA 23060 | I C System<br>Po Box 64378<br>Saint Paul, MN 55164 | Innsbrook Law Group<br>P.O. Box 4170<br>Glen Allen, VA 23058 |
| Internal Revenue Service<br>Insolvency Unit<br>Post Office Box 21126<br>Philadelphia, PA 19114 | Nationwide Credit Corporation<br>2015 Vaughn Rd Nw Ste 30<br>Kennesaw, GA 30144 | Nco Fin /99<br>507 Prudential Dr<br>Horsham, PA 19044 |
| Nco Financial Systems<br>507 Prudential Rd<br>Horsham, PA 19044 | Pediatric Primary Care<br>2500 Pocoshock Place<br>Richmond, VA 23235 | State Of Georgia Child Support<br>8473 Duralee Lane; Suite 200<br>Douglasville, GA 30134 |

State Of West Vrginia  
P.O. Box 1071  
Charleston, WV 25324-1071

Suntrust  
Bank Card Services  
P. O. Box 15137  
Wilmington, DE 19886-5137

Taxing Authority Consulting  
P.O. Box 2156  
Richmond, VA 23218

Virginia Commonwealt Bank  
1965 Wakefield Str  
Petersburg, VA 28305

West Asset Management  
P.O. Box 105478  
Atlanta, GA 30348