**Wolters Kluwer**
Corporate Legal Services

**CT Corporation**
4701 Cox Road
Suite 301
Glen Allen, VA 23060

804 217 7255 tel
www.ctcorporation.com



RICHMOND DIVISION
FILED
JUL 2 2013
CLERK
U.S. BANKRUPTCY COURT

June 25, 2013

Pia J. North
North & Associates, P.C.
5913 Harbour Park Dr.,
Midlothian, VA 23112

Re: Jon S. Russell, Debtor // To: HSBC Bank USANatl Asc

Case No. 0934426

Dear Sir/Madam:

We are herewith returning the enclosed documents which we received regarding the above captioned matter.

HSBC Bank USA, National Association withdrew to do business in the State of VA on 06/21/2010. When an entity withdraws, the designation of the registered agent is revoked. Service can no longer be taken on behalf of this entity.

Very truly yours,


C T Corporation System

Log# 522991768

Sent By Regular Mail

cc: Eastern District of Virginia - U.S. District Court - Richmond Division
    1000 E. Main St., Suite 305,
    Richmond, VA 23219

(Returned To)

Pia J. North
North & Associates, P.C.
5913 Harbour Park Dr.,
Midlothian, VA 23112

http://arrow.ctadvantage.com/SOP/SOP_Rejecti...768&...    6/26/2013